UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GARY SCHWARTZ,

                Plaintiff,

-against-

JO ANNE B. BARNHART, Commissioner of
Social Security,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV-3106 (NG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ MAR 6 2007 ★
P.M.
TIME A.M.

      An Order of Honorable Nina Gershon, United States District Judge, having been filed on March 5, 2007, denying plaintiff's motion for a remand for further proceedings; granting defendant's motion for judgment on the pleadings; and directing the Clerk of Court to enter judgment for the defendant; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that plaintiff's motion for a remand for further proceedings is denied; that defendant's motion for judgment on the pleadings is granted; and that judgment is hereby entered for the defendant.


Dated: Brooklyn, New York
       March 06, 2007

                                                ROBERT C. HEINEMANN
                                                Clerk of Court